STATE v. THOMPSON

No. 80P98

Case below: 128 N.C.App. 547

Motion by defendant (Thompson) for temporary stay allowed 9 March 1998.

STATE v. WASHINGTON

No. 55P98

Case below: 128 N.C.App. 333

Motion by Attorney General to dismiss appeal allowed 2 April 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

STATE v. WEAVER

No. 42P98

Case below: 128 N.C.App. 333

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

STATE v. WILSON

No. 97P98

Case below: 128 N.C.App. 688

Motion by Attorney General for temporary stay allowed 16 March 1998.

STATE v. WOOTEN

No. 208A94-2

Case below: Pitt County Superior Court

Petition by defendant for writ of supersedeas allowed 2 April 1998. Petition by defendant for writ of certiorari allowed 3 April 1998 for the limited purpose of entering the following order: This case is remanded to the Superior Court, Pitt County, for reconsideration of the orders entered on 5 January 1998 and 9 February 1998 in light of this Court's opinion in *State v. Bates*, 348 N.C. 29, ——, S.E.2d —— (1998).